UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                            :
LESHAWN YOUNG, *on behalf of herself and*  :
*all other persons similarly situated*,       :
                                             :
                        Plaintiff,     :     24-CV-6363 (VSB)
                                             :
               -against-       :     **ORDER**
                                           :
BIO-NUTRITIONAL RESEARCH GROUP  :
INC., *et al.*,                               :
                                           X
                      Defendants.
-----------------------------------------------------------

<u>VERNON S. BRODERICK</u>, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued with prejudice and without costs to any party, and with the right to restoring the action to this Court's docket if the application to restore the action is made within forty-five (45) days.

SO ORDERED.

Dated:  March 19, 2025
         New York, New York

                                                                        Vernon S. Broderick
                                                                        United States District Judge